**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 12-8173

───────────

JAMES L. COLE,

                Plaintiff – Appellant,

        v.

BOAKYE  HARRISON,  Doctor;  MS.  BADGETT,  Head  Unit  Nurse;
DENISE WINFIELD, Doctor,

                Defendants - Appellees.

───────────

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Alexandria.    Anthony  J.  Trenga,
District Judge. (1:12-cv-01341-AJT-JFA)

───────────

Submitted:  May 28, 2013              Decided:  June 6, 2013

───────────

Before MOTZ, KING, and KEENAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

James L. Cole, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James L. Cole appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Cole v. Harrison</u>, No. 1:12-cv-01341-AJT-JFA (E.D. Va. Nov. 30, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>